CLINTON MCKEE GUENTHER, JR
5100 MONROE AVE
GULFPORT, MS 39507

LETICIA GUENTHER
5100 MONROE AVE
GULFPORT, MS 39507

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

NAVY FCU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

AAFES
ATTN: BANKRUPTCY
P.O. BOX 650060
DALLAS, TX 75265

NAVY FEDERAL CR UNION
PO BOX 3700
MERRIFIELD, VA 22119

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

SYNCB/ROOMS TO GO
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

CITIBANK/BEST BUY
BANKRUPTCY
PO BOX 790046
ST LOUIS, MO 63179

SYNCHRONY/PAYPAL
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

FOUNDATION FINANCE CO
ATTN: BANKRUPTCY DEPT
P.O. BOX 437
SCHOFIELD, WI 54476

GREENSKY
ATTN: BANKRUPTCY
5565 GLENRIDGE CONNECT
SUITE #700
ATLANTA, GA 30342

GUILD MORTGAGE COMPANY
ATTN: BANKRUPTCY
P.O. BOX 85046
SAN DIEGO, CA 92186

INDEPENDENT BANK
ATTN: BANKRUPTCY
5050 POPLAR AVE
SUITE 112
MEMPHIS, TN 38157