WWR# 042281066

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
AT GULFPORT

| | |
|---|---|
| IN RE: | CASE NO. 26-51356 |
| CLINTON MCKEE GUENTHER JR | CHAPTER 7 |
| | JUDGE KATHARINE M. SAMSON |
| DEBTOR(S) | |

**REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Jamika Jackson

Jamika Jackson
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 26th day of August, 2026 addressed to:

THOMAS CARL ROLLINS JR, Attorney for Debtor
TROLLINS@THEROLLINSFIRM.COM

ZACHARY S WESSLER SR, Trustee
1806 23RD AVE STE A
GULFPORT, MS 39501

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

CLINTON MCKEE GUENTHER JR
5100 MONROE AVE
GULFPORT, MS 39507

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Jamika Jackson
Jamika Jackson
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com